UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

---

CESAR BAZAN SILVA, on behalf of themselves and all others similarly situated,

                Plaintiff,

-against-

CALLE 8, LLC, S&P ROTHDISH d/b/a CALLE OCHO and JOHN DOE #1-3,

                Defendants.

---

ECF Case

No. 12-CV-677

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cesar Bazan Silva and Defendants Calle 8, LLC and S&P Rothdish d/b/a Calle Ocho (collectively "Defendants") hereby stipulate, by and through their counsel, that the claims asserted by the Plaintiff in the Complaint against Defendants shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party.

NICHOLAS J. MUNDY, ESQ., PLLC

_/s/ Nicholas J. Mundy_
Nicholas J. Mundy, Esq.
16 Court Street, Suite 2901
Brooklyn, New York 11241
(718) 858-1030
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

_/s/ Glenn S. Grindlinger_
Glenn S. Grindlinger, Esq.
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
*Attorneys for Defendants*

SO ORDERED:

/s/ Judge Edward R. Korman

5/7/14